| | |
|---|---|
| 1 | DEAN LLOYD, SBN 104647 |
| | Law Offices of Dean Lloyd |
| 2 | 445 Sherman Ave., Suite I |
| | Palo Alto, CA 94306 |
| 3 | Telephone: (650) 328-1664 |
| | Fax: (650) 328-1666 |
| 4 | Email: dlloyd.legaljaws@gmail.com |
| 5 | Attorney for Debtor(s) |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | Case No. 13-30682 |
| | Chapter 13 |
| **JOHN AUSTIN SANDERS**, | **DECLARATION OF JOHN AUSTIN SANDERS IN SUPPORT OF MOTION TO VALUE AND AVOID LIEN OF BANK OF AMERICA N.A., its successors and/or assignees** |
| Debtor(s). | |
| | (No Hearing Set) |

I, JOHN AUSTIN SANDERS, declare and state that if called as a witness, I can competently testify to the facts set forth herein. The statements set forth herein are based upon my personal knowledge.

1. I am the debtor in the above-captioned bankruptcy, case number 13-30682, filed on March 25, 2013.

2. Included in the bankruptcy estate at the time of filing was a condominium unit, my principal residence, located at 4000 Farm Hill Blvd. #309, Redwood City, California 94061, Assessor's Parcel Number 110-280-090 ("the Property").

3. At the time of filing my bankruptcy petition, I was informed and believed that the Property was valued at $377,838.00. A true and correct copy of my Schedule A is attached hereto as **Exhibit D-1**.

4. The valuation reflected in my Schedule A was based upon my review of sales of comparable properties in the area, the condition of my home, and valuation estimates available online through RealtyTrak and Zillow.

5. Currently, according to Zillow.com, the reasonable fair market value estimate of the Property is estimated between $285,000.00 and $528,000.00. A true and correct copy of the Zillow estimate range is attached hereto as **Exhibit D-2**.

6. Also, according to trulia.com, a current fair market value estimate of the Property is approximately $370,000.00. A true and correct copy of the trulia.com estimate is attached hereto as **Exhibit D-3**.

7. The Property is encumbered by a first deed of trust initially held by BANK OF AMERICA, N.A. ("BOA"). On or about January 25, 2008, for valuable consideration, debtor made, executed, and delivered a promissory note to BOA. As part of the same transaction, debtor executed a deed of trust that conveyed a beneficial interest in the Property to BOA to secure payment of the note (the First Deed of Trust). The First Deed of Trust was duly perfected on February 13, 2008, with the recording of said document in the County of San Mateo as document number 2008- 014939.

8. I am informed and believe that on the day the petition was filed the obligation to BOA, its successors or assignees, on the First Deed of Trust had a principal balance of $421,595.00, as set forth in my Schedule D, attached hereto as **Exhibit D-4**.

9. The Property is also encumbered by a second deed of trust initially held by BOA. On or about January 25, 2008, for valuable consideration, debtor made, executed, and delivered a promissory note to BOA. As part of the same transaction, debtor executed a deed of trust that conveyed a beneficial interest in the Property to BOA to secure payment of the note (the Second Deed of Trust). The Second Deed of Trust was duly perfected on February 13, 2008 with the recording of said document in the County of San Mateo as document number 2008-014940.

10. I am informed and believe that on the day the petition was filed the obligation to BOA, its

successors and/or assignees secured by the <u>Second</u> Deed of Trust had a principal balance of $80,885.00 as set forth in my Schedule D and attached hereto as **Exhibit D-4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on   April 22, 2013
                (Date)

/s/ John Austin Sanders

John Austin Sanders
Debtor